MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081
   James.Scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN E. POTTER, UNITED STATES ) <br> POSTMASTER GENERAL, ) <br> ) <br>    Defendant. ) <br> ) | Case No. C10-00464RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO THIRD AMENDED EMPLOYMENT DISCRIMINATION COMPLAINT** |

   The parties hereby stipulate that, on or before November 26, 2010, defendant shall respond to plaintiff's Third Amended Employment Discrimination Complaint filed October 27, 2010.

DATED: October 28, 2010         MELINDA HAAG
                                           United States Attorney


                                           _____/S/_____
                                           JAMES A. SCHARF
                                           Assistant United States Attorney
                                           Attorney for Defendant

1 | DATED: October 28, 2010

_____/S/_____
KUANG-BAO P. OU-YOUNG
Plaintiff

   Good cause appearing, it is so ordered.

   Dated: 10/28/10

_____
HON. RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C10-00464RS         -2-